ISIDORE SCHEINBERG and Others, Respondents, v. BEATRICE SCHEINBERG, Appellant, Impleaded with Another.

Appeal from an order of the Supreme Court, made at the Bronx Special Term and entered in the Bronx county clerk's office on July 22, 1927, settling the proposed case on appeal.

PER CURIAM. It is apparent as contended by the appellant that the plaintiffs have not furnished sufficient proof of the contents of the lost or withheld exhibits, and the court has failed to take proof of the contents thereof. The order should, therefore, be reversed, with ten dollars costs and disbursements to the appellant, with a direction to the court to take proof and make a record of the nature and contents of the exhibits, so that the record on appeal may contain the substance thereof. The case on appeal may then be ordered printed and filed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ. Order reversed, with ten dollars costs and disbursements, with direction to the court at Special Term as indicated in opinion. Settle order on notice.

---

GREGORY B. STOLBERG and Another, Appellants, v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, without prejudice to application de novo for examination before trial upon condition that such examination proceed from day to day so as to not delay the trial. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS KELLER, JR., Appellant, v. THE WARDEN OF CITY PRISON OF THE CITY OF NEW YORK and Another, Respondents.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB BLUSTEIN and Others, Respondents, v. MERRILL & ELDREDGE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARTLEY OPEN STAIR TENEMENT COMPANY, Respondent, v. 521 AND 523 WEST 47TH STREET COMPANY, INC., and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH·